UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-78-H

BARTON BRANDS, LTD.                                                                   PLAINTIFF

V.

O'BRIEN GERE INC., OF NORTH
AMERICA, et al.                                                           DEFENDANTS

**MEMORANDUM AND ORDER**

      Defendants, O'Brien Gere, Inc. of North America and O'Brien & Gere Engineers, Inc. have moved to either dismiss this case or stay the proceedings pending a ruling from the United States District Court in the Western District of New York regarding the appropriateness of jurisdiction and venue in a similar case in that court. Defendants in this case argue that this Court should at the very least defer proceedings here pending the decision of the New York court.

      The Court has reviewed the excellent memoranda from each side. Each party has points in their favor. However, at this time, the Court sees no reason why Defendants should not answer the complaint and why the parties should not set a general discovery schedule. Neither party would be unfairly prejudiced by doing so. After the New York court rules on the pending motions there, this Court will gladly and immediately review the appropriate status of this case.

      Being otherwise sufficiently advised,

      IT IS HEREBY ORDERED that Defendant's motion to dismiss or stay the pending case

is DENIED.

IT IS FURTHER ORDERED that on or before May 15, 2007, Defendants shall file an answer to the complaint.  Thereafter, the parties should meet and confer in due course and submit a litigation plan.  Should the parties believe it is necessary, this Court will set a preliminary conference to discuss these matters further.

cc:     Counsel of Record